THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY K. SMITH, Appellant.

We have examined defendant's other contentions and find them to be without merit. (Appeal from Judgment of Seneca County Court, Falvey, J.—Driving While Intoxicated.) Present —Denman, P. J., Callahan, Green, Lawton and Davis, JJ.